# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-4525

_____

United States of America

*Plaintiff - Appellee*

v.

Brian Swartz

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa, Waterloo

_____

Submitted: July 18, 2017
Filed: July 20, 2017
[Unpublished]

_____

Before WOLLMAN, LOKEN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Brian Swartz pleaded guilty to conspiring to distribute 500 grams or more of methamphetamine. The district court[1] determined that his advisory guidelines range

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

was 188 to 235 months in prison, granted the government's motion for a substantial assistance reduction, and sentenced Swartz to 144 months. He appeals the sentence, and his counsel has submitted a brief under Anders v. California, 386 U.S. 738 (1967), arguing that the district court erred in denying a mitigating-role reduction, and abused its discretion in denying a downward variance.

After careful review of the record, including Swartz's admissions of substantial involvement in the conspiracy in the plea agreement, we conclude the district court did not clearly err in denying a mitigating-role reduction, and did not abuse its discretion in declining a further downward departure or variance. We have independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), and find no non-frivolous issues for appeal.

Accordingly, we affirm.

_____